K:\Daewoo Motors America.9902096 Ken Catanzarite LI.Houston v Daewoo\Dismissal

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA



| | |
|---|---|
| **BRANDON ABBE, et al,** | Civil Action No. |
| Plaintiffs, | 99-1580-Civ-Orl-19A |
| vs. | |
| **DAEWOO MOTOR AMERICA, INC.,** et al, | NOTICE OF DISMISSAL |
| Defendants. | |

To: Daewoo Motor America, Inc., and related entities, defendants, and their attorneys of record.

This case was originally filed on September 24, 1999 in the United States District Court in and for the Central District of California. The case was subsequently transferred to this court on December 14, 1999.

Please take notice that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///

GRANTED and SO ORDERED this ___ day of _____ 2000.

PATRICIA C. FAWSETT
United States District Judge

Barbieri & Screnci, P.A.
Attorneys at Law
3200 N. Military Trail
Suite 200
Boca Raton, FL 33431
(561) 997-5700

**SCANNED**

K:\Daewoo Motors America 9902096 Ken Catanzarite LI Houston v Daewoo\Dismissal

DATED: December 29, 1999.

BARBIERI & SCRENCI
Stephen W. Screnci
Florida Bar No. 0051802
3200 North Military Trail
Suite 200
Boca Raton, Florida 33431
Tel: (561) 997-5700
Fax: (561) 997-8737

By: _____
Stephen W. Screnci
Attorneys for Plaintiffs

and

CATANZARITE LAW CORPORATION
Kenneth J. Catanzarite
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (800) 326-5544
Fax: (714) 520-0680

Barbieri & Screnci, P.A.
Attorneys at Law
3200 N. Military Trail
Suite 200
Boca Raton, FL 33431
(561) 997-5700

-2-